BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

SEALED

FILED
FEB 1 1 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA TO SEARCH THE PREMISES AT 11755 HIDDEN VALLEY ROAD, GRASS VALLEY, CALIFORNIA 95949 | CASE NO. 2:16-SW-0066 CKD<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application for search warrant, search warrant affidavit underlying the application, and this order in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

IT IS SO ORDERED.

Dated: 2/11/2016

_____
HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE